|  |  |  |  |
| --- | --- | --- | --- |
|  | 00621 |  | and Remanded |
| United Public Workers, AFSCME, Local 646, AFL-CIO v. Lingle | CAAP– 12–00 00505 | 06/18/2013 | Vacated and Remanded |
| State v. Basnet | CAAP– 11–00 00762 | 06/19/2013 | Affirmed |
| Kellberg v. Yuen | CAAP– 12–00 00266 | 06/20/2013 | Vacated, Remanded and Dismissed |
| Beekman, In re | CAAP– 12–00 00594 | 06/25/2013 | Dismissed |
| McLaren v. Paradise Inn Hawaii, Inc. | CAAP– 11–00 00460 | 06/27/2013 | Affirmed |
| State v. Davidsen | CAAP– 12–00 00415 | 06/18/2013 | Vacated and Remanded |
| State v. Tavares | CAAP– 11–00 00392 | 06/28/2013 | Vacated and Remanded |
| Lauster v. Eckerle | 30178 | 06/28/2013 | Affirmed in Part, Reversed in Part, Counter-claim is Reversed, and Other Parts are Affirmed |